

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Carlos Omar Casillas aka Carlos Omar Casillas Padilla, Appellant

No. 06-17-00147-CR     v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1725958). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find partial error in the judgment of the court below. We modify the order to withdraw funds to indicate that the total of the funds to be withdrawn from Casillas' inmate trust account is $654.00. We further modify the judgment of the trial court by deleting the $1,150.00 attorney fees assessment and affirm the judgment, as modified.

We note that the appellant, Carlos Omar Casillas aka Carlos Omar Casillas Padilla, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 8, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk